# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| ROBERT MCDANIEL COX, ) | |
| ) | |
| Plaintiff, ) | C/A No.: 2:09-2715 DCN BM |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| OFFICER NFN DELL, of the South Carolina ) | |
| Highway Patrol, a/k/a Ronald Deal; and OFFICER ) | |
| NFN NLN, second Highway Patrol Officer, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court pursuant to plaintiff's Motion for Review and Removal of Magistrate Bristow Marchant. This motion was filed on August 10, 2010. Defendants filed their Response in Opposition to Motion on August 25, 2010. After a review of the pleadings, it is therefore

**ORDERED**, that the plaintiff's Motion for Review and Removal of Magistrate Bristow Marchant is **DENIED.**

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
August 27, 2010